**Order entered July 16, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00750-CR
No. 05-20-00751-CR
No. 05-20-00752-CR
No. 05-20-00753-CR
No. 05-20-00754-CR

**JASON JACOB OSIFO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-81128-2020, 296-81129-2020, 296-81394-2016,**
**296-82063-2017 & 296-82964-2015**

**ORDER**

Before the Court is appellant's July 14, 2021 fourth motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by July 26, 2021. If a brief is not filed by July 26, 2021, the Court will abate these appeals for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b).

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE